```
FILED
DEC - 5 2005
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re ) Case No. 05-33037-C-7
)
GRACE V. POLAND, ) MC No. MET-1
)
    Debtor. )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW ON
MOTION TO REDEEM COLLATERAL**

    These findings of fact and conclusions of law are rendered in this contested matter pursuant to Federal Rule of Civil Procedure 52 as incorporated by Federal Rules of Bankruptcy Procedure 7052 and 9014.  Evidence was taken pursuant to Federal Rule of Civil Procedure 43(e), as incorporated by Federal Rule of Bankruptcy Procedure 9017 and as invoked by Local Bankruptcy Rule 914(e).

<u>Jurisdiction</u>

    Jurisdiction is founded upon 28 U.S.C. § 1334.  This is a core proceeding.  28 U.S.C. § 157(b)(2)(G).

<u>Findings of Fact</u>

    A hearing was set for November 29, 2005, on debtor's motion to redeem collateral under 11 U.S.C. §722.  The collateral, a 2002 Chevrolet Camaro, secures a debt owed to



creditor Travis Credit Union. Upon review of the record, the court determined that the written record was adequate and that no evidentiary hearing was necessary because there was no timely opposition pursuant to Local Bankruptcy Rule 9014-1(f)(1) and there were no "disputed material factual issues."

## Conclusions of Law

Under 11 U.S.C. §722, a debtor may redeem consumer collateral by "cashing out" a creditor for the fair market value of the collateral. The fair market value of the collateral is determined to be $7,810.

Accordingly, the motion to redeem the collateral will be granted. An appropriate order will issue.

Dated: December 5, 2005

_____
UNITED STATES BANKRUPTCY JUDGE

**CERTIFICATE OF SERVICE**

On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

Grace V. Poland
999 Marshall Rd #62
Vacaville, CA 95687

Mary Ellen Terranella
1652 W. Texas St #222
Fairfield, CA 94533

Prem N. Dhawan
Chapter 7 Trustee
P.O. Box 965
Benecia, CA 94510

Travis Federal Credit Union
P.O. Box 2069
Vacaville, CA 95696-2069

Dated: 12-6-05

_____
Deputy Clerk